## ATTACHMENT A:
## STIPULATED FACTS – UNITED STATES v. KENNETH SUTTON

*If this matter had proceeded to trial, the government would have proven the following beyond a reasonable doubt. The parties agree that the following facts do not encompass all of the facts that would have been proven had this matter proceeded to trial.*

Between in or about January 2010 and in or about May 2012, **KENNETH SUTTON** ("**SUTTON**") combined, conspired, confederated and agreed with Lateef Akande, Sherif Akande and numerous others to obtain moneys and funds owned by, or under the custody and control of, a financial institution, as that term is defined in 18 U.S.C. § 20, by means of false and fraudulent pretenses, representations and promises.

Branch Bank & Trust Company ("BB&T Bank"), TD Bank, NA ("TD Bank"), PNC Bank, NA ("PNC Bank"), Chase Bank USA, NA ("Chase Bank"), Chevy Chase Bank, FSB ("Chevy Chase Bank"), M&T Bank, NA ("M&T Bank"), SunTrust Bank, Provident Bank of Maryland ("Provident Bank"), Bank of America, NA ("BofA"), Wachovia Bank, NA and E*trade Bank were insured depository institutions ("the banks"). As part of the conspiracy, Lateef Akande, Sherif Akande and others recruited individuals, including **SUTTON**, to assist them in executing a scheme to defraud numerous banks. In some instances, individuals were asked to provide personal bank information related to existing bank accounts in their names, or were asked to open new accounts in their own names. The Akandes and others then caused third-party checks to be deposited into those bank accounts, with the expectation that if and when those checks cleared, co-conspirators and others would withdraw monies from those previously-opened accounts.

For example, on or about August 14, 2010, at a U.S. Post office in Capitol Heights, Maryland, Jason Wiggins, a co-conspirator, purchased two money orders for $1000 each, drawn on a co-conspirator's BB&T Bank account number xxxxxx8506, containing serial number 18167862868 made payable to **SUTTON** and serial number 18167862870 made payable to "HSBC Card Services" ("the HSBC Money Order"). The HSBC Money Order was then used to pay down HSBC account number xxxx0571 in the name of Lateef Akande. Similarly, on or about August 15, 2010, at a WalMart store in Bowie, Maryland, Wiggins purchased four money grams for $500 each, drawn on a co-conspirator's BB&T Bank account number xxxxxx8506. Three of the money grams, serial nos. 5113347618, 5113347619 and 5113347620 were made payable to **SUTTON**.

**SUTTON** also maintained Free Checking account number xxxxxx8352 at Wachovia Bank ("the Sutton 8352 account"). On or about September 16, 2010, **SUTTON** and others deposited and caused to be deposited into the Sutton 8352 account check number 1206, dated September 11, 2010, in the amount of $4,290, drawn on account no. xxxxxx9366 in the name of C.F.J. To deposit check number 1206, **SUTTON** knowingly used the name, address and bank account number of C.F.J.

9

____ FILED  ____ ENTERED
____ LOGGED  ____ RECEIVED

FEB 10 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                         DEPUT

During the conspiracy, **SUTTON** knowingly and willfully became a member of the conspiracy. Based upon the length of the bank fraud conduct, the relationship with the Akandes and others and information provided by other individuals, at least $70,000 in loss or intended loss was reasonably foreseeable and within the scope of **SUTTON's** agreement.

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

01-17-2014  
Date

_Kenneth Sutton_ (signature)  
Kenneth Sutton

I am Kenneth Sutton's attorney. I have carefully reviewed the statement of facts with him.

1-17-2014  
Date

_Elita Amato_ (signature)  
Elita Amato, Esq.